# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Case No. 16-11445 |
|---|---|
| JENNIFER LYNN MANDELL | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/01/2016.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 06/07/2016.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| Receipts: | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,400.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,400.00** |

| Expenses of Administration: | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $926.67 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $65.80 |
| Other | $3.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$995.47** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | Unsecured | 4,497.00 | 4,769.82 | 4,769.82 | 0.00 | 0.00 |
| AT&T | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BK NA | Unsecured | 7,566.00 | NA | 7,060.90 | 0.00 | 0.00 |
| BMO HARRIS BK NA | Secured | 7,566.00 | 7,060.90 | 7,060.90 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 31,825.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 194.00 | 181.01 | 181.01 | 0.00 | 0.00 |
| CONSULTANTS IN NEUROLOGY | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 24,272.00 | 37,041.36 | 24,272.00 | 404.53 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | NA | 12,769.36 | 12,769.36 | 0.00 | 0.00 |
| GOLUB LSP INVESTORS | Unsecured | 3,963.00 | NA | NA | 0.00 | 0.00 |
| HARRIS TRUST & SANVINGS BANK | Unsecured | 3,987.00 | NA | NA | 0.00 | 0.00 |
| HARRIS TRUST & SANVINGS BANK | Secured | 20,273.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| KABBAGE | Unsecured | 33,679.00 | NA | NA | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 1,744.00 | NA | NA | 0.00 | 0.00 |
| METRO INFECTIOUS DISEASE CONS | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| MINDBODY | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| NESTLE WATERS NORTH AMERICA I | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NORDSTROM | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| North Shore Community | Secured | 501,720.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 65,828.00 | NA | NA | 0.00 | 0.00 |
| NORTHBROOK COURT PROFESSION/ | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 28,591.00 | NA | NA | 0.00 | 0.00 |
| ON DECK CAPITAL | Unsecured | 30,825.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 98,861.00 | NA | NA | 0.00 | 0.00 |
| SHAKER & ASSOC | Secured | 16,107.00 | 16,692.39 | 16,692.39 | 0.00 | 0.00 |
| SHAKER & ASSOC | Unsecured | 16,107.00 | NA | 16,692.39 | 0.00 | 0.00 |
| SHAKER AND ASSOCIATES | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SHAKER AND ASSOCIATES | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| SHELL MASTERCARD | Unsecured | 2,084.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 2,421.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WINNETKA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WINNETKA | Secured | 733.39 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WINNETKA | Secured | NA | NA | NA | 0.00 | 0.00 |
| WARADY & DAVIS | Unsecured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| WEST BEND INSURANCE | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| WGN RADIO | Unsecured | 13,800.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $48,025.29 | $404.53 | $0.00 |
| **TOTAL SECURED:** | **$48,025.29** | **$404.53** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,473.48** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $995.47 |
| Disbursements to Creditors | $404.53 |
| **TOTAL DISBURSEMENTS :** | **$1,400.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/12/2016                                By: /s/ Tom Vaughn
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**